CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 4 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. HENSHAW, a Minor, | ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 5:04CV00098 |
| v. | ) ) | **FINAL ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | By: Samuel G. Wilson United States District Judge |
| Defendant. | ) ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered affirming the Commissioner's final decision and granting judgment to the defendant. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision of the Commissioner be **AFFIRMED**, judgment is granted to the defendant, and this case is **ORDERED** stricken from the docket of the court.

**ENTER:** This August 4, 2005.

_____
UNITED STATES DISTRICT JUDGE